JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST PAUL LAMPERT, | ) | CASE NO. CV 11-04667-RGK |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of ERNEST PAUL LAMPERT, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed.

DATED: August 26, 2011

_____
R, GARY KLAUSNER
UNITED STATES DISTRICT JUDGE